```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 05276
   ALLAN W PREIKSCHAT
   SHANNA M PREIKSCHAT                          CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-1418     SSN XXX-XX-9026


---------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/12/04 and confirmed on 04/22/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  26935.92 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 10186.03 | .00 | 10186.03 |
| CITICARDS PRIVATE LABEL | SECURED | 69.00 | 5.89 | 69.00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 705.87 | 672.18 | 705.87 |
| SNFT BANK ONE NA | SECURED | .00 | .00 | .00 |
| SNFT BANK ONE NA | MORTGAGE ARRE | 5082.20 | .00 | 5082.20 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| AT&T CABLE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 546.18 | .00 | 546.18 |
| COLLECTION RECOVERY GROU | UNSECURED | NOT FILED | .00 | .00 |
| GEICO DIRECT | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | FILED LATE | .00 | .00 | .00 |
| JOLIET MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET PODIATRY CENTERS | UNSECURED | NOT FILED | .00 | .00 |
| MCI * | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2787.80 | .00 | 2787.80 |
| PRIMECO | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA COVENANT MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| VINCES AUTO CYCLE WORKS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | COST OF COLLE | 839.70 | .00 | 839.70 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1775.51 | .00 | 1775.51 |
| CAPITAL ONE FINANCIAL | UNSECURED | 413.99 | .00 | 413.99 |
| CAPITAL ONE FINANCIAL | UNSECURED | 573.90 | .00 | 573.90 |

            Summary of disbursements:

```
                     SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   16043.10       839.70      6097.38           .00      22980.18
PRINCIPAL PAID       16043.10       839.70      6097.38           .00      22980.18
INTEREST PAID          678.07          .00          .00           .00        678.07
TOTAL PAID           16721.17       839.70      6097.38           .00      23658.25
```

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   2560.00
and was paid $   1000.00   direct and $   1560.00   through the plan.

The Trustee received $   1080.35 .

Refunds to the Debtor totaled $    637.32 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/14/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE